**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Brian Reed | | |
| | : | |
| Debtor | : | Bankruptcy No. 19-14199amc |

ORDER

AND NOW, it is  ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated July 2, 2019, this case is hereby DISMISSED.

**Date: July 23, 2019**

_____
Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:

Certificate of Credit Counseling
Chapter 13 plan
Chapter 13 statement of your current monthly income and calculation of commitment period form 122C-1
Means test calculation form 122C-2
Schedules Ab-J
Statement of affairs
Summary of assets and liabilities form B106
Pro se Statement