United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-14199-amc
Brian Reed                                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey              Page 1 of 1              Date Rcvd: Jul 23, 2019
                             Form ID: pdf900           Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2019.
db              +Brian Reed,    8400 Fayette St.,    Philadelphia, PA 19150-1915
14357850        +M&T Bank,    c/o Kevin G. McDonald, Esq.,    KML Law Group, PC,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Jul 24 2019 02:28:33     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 24 2019 02:28:16
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA 17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 24 2019 02:28:25     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 24 2019 02:36:28
                  Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                  Oklahoma City, OK 73118-7901
14352905        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 24 2019 02:36:05
                  Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                  4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14351830         E-mail/Text: camanagement@mtb.com Jul 24 2019 02:28:05     M&T Bank,    P.O. Box 767,
                  Buffalo NY 14240-0767
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 3

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Brian Reed | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-14199amc |

### ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated July 2, 2019, this case is hereby DISMISSED.

**Date: July 23, 2019**

_____
Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:
Certificate of Credit Counseling
Chapter 13 plan
Chapter 13 statement of your current monthly income and calculation of commitment period form 122C-1
Means test calculation form 122C-2
Schedules Ab-J
Statement of affairs
Summary of assets and liabilities form B106
Pro se Statement